UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION
CIVIL ACTION NO. 2:16-cv-197-DLB-CJS

UNITED STATES OF AMERICA                           PLAINTIFF

v.          **ANSWER OF KENTUCKY HOUSING CORPORATION**

TAMMY J. KAISER, ET AL.                             DEFENDANTS

\*\* \*\* \*\* \*\* \*\*

       Comes the Defendant, Kentucky Housing Corporation (hereinafter "KHC"), by counsel and for its Answer to the Plaintiff's Complaint herein states as follows:

       1.     KHC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16 and 17 of the Complaint, and therefore denies same; however, Defendant does not deny matters accurately and properly reflected by public record.

       2.     KHC admits only so much of the allegations contained in paragraph 13 of the Complaint insofar as same state that Kentucky Housing Corporation may be claiming an interest in the real property that is the subject of the Complaint because of the Mortgage filed of record in Mortgage Book 3548, Page 292, in the Office of the Clerk of Boone County, Kentucky.

       3.     Any allegations not expressly admitted herein are hereby denied.

       4.     KHC affirmatively pleads that its Mortgage on the real property that is the subject of this Action constitutes a valid and enforceable lien with a priority as determined by the real estate records of Boone County, Kentucky.

       5.     KHC affirmatively reserves the right, including as necessary the right to amend its answer and response to this action, to assert and/or bring any claims that it may have on the underlying obligations owed to it which are secured by its Mortgage lien, against Defendants,

Tammy J. Kaiser, and any other individuals who are obligated for the payment of same.

**WHEREFORE**, the KHC demands:

1. That KHC be adjudged to have a valid and enforceable Mortgage lien on real property that is the subject of the Complaint with a priority as determined by the real estate records of the Office of the County Clerk of Boone, Kentucky.

2. That KHC be adjudged to have reserved the right to assert and/or bring any claims that it may have on the underlying obligations owed to it which are secured by its Mortgage lien, against Defendants, Tammy J. Kaiser, and any other individuals who are obligated for the payment of same, including any necessary amendments to its answer and/or response to this action.

3. For its costs herein expended, including reasonable attorney fees.

4. For any and all proper relief to which it may now or hereafter appear entitled.

    /s/ Megan P. Keane
GOLDBERG SIMPSON, LLC
STEPHEN R. SOLOMON
MEGAN P. KEANE
9301 Dayflower Street
Prospect, Kentucky 40059
Phone: (502) 585-8551
Fax: (502) 581-1344
*Counsel for Kentucky Housing Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served by United States mail, sufficient postage prepaid, this 6th day of January, 2017, upon the following:

Foreman Watson Holtrey, LLP
Lauren B. Durham
530 Frederica Street
Owensboro, Kentucky 42301
*Counsel for Plaintiff*

Tammy J. Kaiser
Unknown Spouse of Tammy J. Kaiser
128 Haley Lane
Walton, Kentucky 41094

Harvest Credit Management, LLC
600 17th Street, Ste 2800S
Denver, Colorado 80202

LVNV Funding, LLC
625 Pilot Road, Ste 3
Las Vegas, Nevada 89119

City of Walton, Kentucky
c/o Mark Carnahan, Mayor
P. O. Box 95
Walton, Kentucky 41094

             /s/ Megan P. Keane
             MEGAN P. KEANE